MINER v. RICKEY et al. (Circuit Court of Appeals, Ninth Circuit. September 7. 1909.) No. 1,583. In Error to the Circuit Court of the United States for the Northern District of California. J. P. Langhorne and R. S. Miner, for plaintiff in error. James F. Peck and Charles C. Boynton, for defendants in error. Before GILBERT and ROSS, Circuit Judges, and HUNT, District Judge.

PER CURIAM. This action was brought by the plaintiff in error in the court below against the defendants in error to recover certain money claimed to be due by reason of his alleged employment by the defendants as their attorney in certain litigation. The case was tried before the court without a jury by agreement of the parties, and resulted in findings to the effect that the plaintiff was never employed by the defendants in the litigation referred to, and in findings against the plaintiff upon all the issues made in the cause. An examination of the record satisfies us that we would not be justified in interfering with the findings of the court below, nor do we find that there was any prejudicial error committed by the trial court in its rulings complained of respecting matters of evidence. The judgment is affirmed.

In re PLAUT. (Circuit Court of Appeals, Second Circuit. November 27, 1908.) See, also, 154 Fed. 194, 83 C. C. A. 288. S. S. Myers, for the motion. J. Moble Hayes, opposed. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. It is unnecessary to go into any of the points of law which have been raised on this motion. We are not prepared to hold that it was an improper exercise of the discretion of the District Judge to require the plaintiff to terminate his prior state court action, either by trial or discontinuance, before proceeding to the trial of the second and later one, which he has brought on precisely the same cause of action.